# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JAMES S. POWELL, II, et al., individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>  Defendant. | Case No.: 4:25-cv-10479-SDK-KGA |

## STIPULATED ORDER
## CONSOLIDATING CASES PURSUANT TO
## FED. R. CIV. P. 42(a) AND E.D. MICH. L.R. 42.1

General Motors ("GM"), jointly with each of the plaintiffs ("Plaintiffs") in the twelve actions identified below (collectively, the "Actions"), by and through their undersigned counsel, hereby stipulate to consolidate the Actions pursuant to Fed. R. Civ. P. 42(a) and E.D. Mich. L.R. 42.1 before the Honorable Shalina D. Kumar in the Eastern District of Michigan.

1. *Powell v. Gen. Motors LLC*, Case No. 4:25-cv-10479-SDK-KGA (E.D. Mich.), originally filed in this District and presently pending before Judge Kumar;

2. *Ramirez Hernandez v. Gen. Motors LLC*, originally filed as Case No. 2:25-cv-00085-RWS (N.D. Ga.) and subsequently transferred from the Northern District of Georgia to this District on June 12, 2025 (ECF No. 46). Upon transfer to this District, the matter was assigned Case No. 4:25-cv-11797 (E.D. Mich.), was originally assigned to Judge Goldsmith and reassigned to Judge Kumar on June 20, 2025 (ECF No. 4);

3. *Houchin v. Gen. Motors LLC*, Case No. 4:25-cv-11462 (E.D. Mich.), originally filed in this District and assigned to Judge White. Reassigned to Judge Kumar on June 25, 2025 (ECF No. 28);

4. *Hecht v. Gen. Motors, LLC*, originally filed as Case No. 1:25-cv-01004 (N.D. Ohio) and subsequently transferred from the Northern District of Ohio to this District on June 12, 2025 (ECF No. 7). Upon transfer to this District, the matter was assigned Case No. 2:25-cv-11793 (E.D. Mich.), was originally assigned to Judge DeClercq and reassigned to Judge Kumar on July 11, 2025, at Case No. 4:25-cv-11793 (ECF No. 8);

5. *McNamara v. Gen. Motors LLC*, originally filed as Case No. 2:25-cv-02410 (E.D. Pa.) and subsequently transferred from the Eastern District of Pennsylvania to this District on June 16, 2025 (ECF No. 19). Upon transfer, the matter was assigned Case No. 4:25-cv-11811 (E.D. Mich.), was originally assigned to Judge Grey and reassigned to Judge Kumar on July 1, 2025 (ECF No. 7);

6. *Wrice-Scott v. Gen. Motors*, *LLC*, originally filed as Case No. 2:25-cv-02623 (E.D. Pa.) and subsequently transferred from the Eastern District of Pennsylvania to this District on June 16, 2025 (ECF No. 8). Upon transfer, the matter was assigned Case No. 4:25-cv-11815 (E.D. Mich.), was originally assigned to Judge Berg and reassigned to Judge Kumar on June 18, 2025 (ECF No. 4);

7. *Muhammad v. Gen. Motors, LLC*, originally filed as Case No. 2:25-cv-02655 (E.D. Pa.) and subsequently transferred from the Eastern District of Pennsylvania to this District on June 16, 2025 (ECF No. 8). Upon transfer, the matter was assigned Case No. 4:25-cv-11816 (E.D. Mich.), was originally assigned to Judge Grey and reassigned to Judge Kumar on June 20, 2025 (ECF No. 4);

8. *Rittereiser v. Gen. Motors, LLC*, Case No. 4:25-cv-11481 (E.D. Mich.), originally filed in this District and assigned to Judge Behm. Reassigned to Judge Kumar on June 4, 2025 (ECF No. 10);

9. *Markus v. Gen. Motors LLC*, Case No. 4:25-cv-11821 (E.D. Mich.), originally filed in this District and assigned to Judge Behm. Reassigned to Judge Kumar on June 25, 2025 (ECF No. 11);

10. *Rahaman v. Gen. Motors, LLC*, originally filed as Case No. 2:25-cv-03032 (E.D. Pa.) and subsequently transferred from the Eastern District of Pennsylvania to this District on June 24, 2025 (ECF No. 8). Upon transfer, the matter was assigned Case No. 2:25-cv-11925 (E.D. Mich.), was originally assigned to Judge Leitman and reassigned to Judge Kumar on July 7, 2025, at Case No. 4:25-cv-11925(ECF No. 7);

11. *John v. Gen. Motors, LLC*, originally filed as Case No. 2:25-cv-00914 (E.D. Wis.) and subsequently transferred from the Eastern District of Wisconsin to this District on June 27, 2025 (ECF No. 6). Upon transfer, the matter was assigned Case No. 2:25-cv-12097, was originally assigned to Judge Michelson and reassigned to Judge Kumar on July 16, 2025 (ECF No. 5) at Case No. 4:25-cv-12097; and

12. *Sherman v. Gen. Motors, LLC*, Case No. 4:25-cv-12032 (E.D. Mich.), originally filed in this District and assigned to Judge McMillion. The matter was reassigned to Judge Kumar on July 15, 2025 (ECF No. 9).

These twelve putative class actions involve similar factual allegations concerning an alleged defect in certain GM vehicles equipped with the 6.2L "L87" V8 engine and they assert overlapping legal claims on behalf of overlapping putative classes. For efficiency and to conserve the resources of the parties and the Court, the parties agree that the Actions should be consolidated pursuant to Fed. R. Civ. P. 42(a).

NOW, THEREFORE, based upon the stipulation of the Parties:

It is ORDERED that the Actions are consolidated for all purposes, including trial.

3

It is further ORDERED that the parties shall use the case caption for the *Powell* Action in future court filings and that all filings shall be made in the *Powell* Action, Case No. 4:25-cv-10479-SDK-KGA (E.D. Mich.), and that the *Ramirez Hernandez*, *Houchin*, *Hecht*, *McNamara*, *Wrice-Scott*, *Muhammad*, *Rittereiser*, *Rahaman*, *Markus*, *John*, and *Sherman* Actions are hereby closed for administrative purposes.

It is further ORDERED that, given the number of Plaintiffs and counsel involved in the twelve cases, the Court believes it is most efficient to proceed with appointment of interim class counsel pursuant to Fed. R. Civ. P. 23(g). Counsel for Plaintiffs may either submit a proposed stipulated interim class counsel structure or move for appointment as interim class counsel within fourteen (14) days of this Order. Within fourteen (14) days of an order appointing interim class counsel, they and GM shall submit to the Court a proposed schedule setting deadlines for Plaintiffs to file a Consolidated Complaint and for GM to respond to the Consolidated Complaint.

Dated: August 12, 2025                    s/Shalina D. Kumar
                                          Honorable Shalina D. Kumar
                                          United States District Judge

Date: July 31, 2025

**SO STIPULATED:**

/s/ *Mike Arias*

Mike Arias
M. Anthony Jenkins
**ARIAS SANGUINETTI WANG & TEAM, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA
T: (310) 844-9696
F: (310) 861-0168
mike@aswtlawyers.com
anthony@aswtlawyers.com

Kevin P. Green
Daniel S. Levy
**GOLDENBERG HELLER & ANTOGNOLI, P.C.**
2227 South State Route 157
Edwardsville, IL 62025
618-656-5150
kevin@ghalaw.com
daniel@ghalaw.com

Christopher J. Petri
**BYRON CARLSON PETRI & KALB, LLC**
411 Saint Louis Street
Edwardsville, Illinois  62025
Telephone: (618) 655-0600
Facsimile: (618) 655-4004
cjp@bcpklaw.com

/s/ *April N. Ross*

April N. Ross (DC500488)
Rachel P. Raphael (DC1022496)
**MORGAN LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 739-3000
april.ross@morganlewis.com
rachel.raphael@morganlewis.com

Krista L. Lenart (P59601)
**DYKEMA GOSSETT PLLC**
2723 South State Street, Ste 400
Ann Arbor, MI 48104
Phone: (734) 214-7676
klenart@dykema.com

*Counsel for General Motors LLC*

Nicholas A. Coulson (P78001)
Julia G. Prescott
**COULSON P.C.**
300 River Place Drive, Suite 1700
Detroit, Michigan 48207
T : (313) 645-0045
E : nick@coulsonpc.com
E : jprescott@coulsonpc.com

*Counsel for Powell Plaintiffs*

/s/ *E. Powell Miller*

E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
Dana E. Fraser (P82873)
**THE MILLER LAW FIRM PC**
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com
def@millerlawpc.com

Adam J. Levitt
John E. Tangren
Daniel R. Ferri
Madeline E. Hill
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com

Timothy G. Blood
Thomas J. O'Reardon II
Paula R. Brown
Adam M. Bucci

**BLOOD HURST & O'REARDON, LLP**
501 West Broadway, Suite 1490
San Diego, California 92101
Telephone: 619-338-1100
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com
abucci@bholaw.com

Nicholas H. Wooten
**CHEELEY LAW GROUP, LLC**
2500 Old Milton Parkway
Alpharetta, GA 30009
(770) 814-7001
nick@cheeleylawgroup.com

*Counsel for Houchin Plaintiffs*

/s/ *Steve W. Berman*
_____

Steve W. Berman
Shelby R. Smith
Rachel Fitzpatrick
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com  shelbys@hbsslaw.com
rachelf@hbsslaw.com

E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
**THE MILLER LAW FIRM PC**
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com

7

dal@millerlawpc.com

*Counsel for Rittereiser Plaintiffs*

/s/ *E. Powell Miller*

E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
Dana E. Fraser (P82873)
**THE MILLER LAW FIRM PC**
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com
def@millerlawpc.com

Stephen R. Basser
Samuel M. Ward
**BARRACK, RODOS & BACINE**
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
(619) 230-0800
sbasser@barrack.com
sward@barrack.com

*Counsel for Sherman Plaintiffs*

/s/ *Adam J. Levitt*

Adam J. Levitt
John E. Tangren
Daniel R. Ferri
Madeline E. Hill
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900

alevitt@dicellolevitt.com
jtangren@dicellolevitt.com

*Counsel for Ramirez-Hernandez Plaintiffs*

/s/ *E. Powell Miller*
_____

E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
Dana E. Fraser (P82873)
**THE MILLER LAW FIRM PC**
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com
def@millerlawpc.com

**FEGAN SCOTT LLC**
Elizabeth A. Fegan
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Phone: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Jonathan D. Lindenfeld
305 Broadway, 7th Floor
New York, NY 10007
Phone: 332.216.2101
Fax: 312.264.0100
jonathan@feganscott.com

*Counsel for Markus Plaintiffs*

/s/ *Paul J. Doolittle*

Paul J. Doolittle (Fed ID No. 6012)
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536
Email: paul.doolittle@poulinwilley.com
cmad@poulinwilley.com

*Counsel for Plaintiff Bob Hecht*

/s/ *David S. Almeida*

David S. Almeida
Elena A. Belov
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
Tel.: (708) 437-6476
david@almeidalawgroup.com
elena@almeidalawgroup.com

*Counsel for Plaintiff Keefe John*

/s/ *Kevin Budner*

Kevin Budner
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-mail: kbudner@lchb.com

David Stellings

Katherine McBride
Miranda Litwak
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592
E-mail: dstellings@lchb.com
kmcbride@lchb.com
mlitwak@lchb.com

Scott A. George
**SEEGER WEISS LLP**
325 Chestnut Street, Suite 917
Philadelphia, PA 19106
Telephone: (215) 564-2300
Facsimile: (215) 851-8029
sgeorge@seegerweiss.com

Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road, Suite 600
Ridgefield, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656
cseeger@seegerweiss.com

*Counsel for McNamara Plaintiffs*

/s/ *Scott A. George*

Scott A. George
**SEEGER WEISS LLP**
325 Chestnut Street, Suite 917
Philadelphia, PA 19106
Telephone: (215) 564-2300
Facsimile: (215) 851-8029
sgeorge@seegerweiss.com

Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road, Suite 600
Ridgefield, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656
cseeger@seegerweiss.com

Rosemary M. Rivas
Rosanne L. Mah
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
rmr@classlawgroup.com
rlm@classlawgroup.com

Brian E. Johnson
**GIBBS MURA LLP**
211 N. Union St. Suite 100
Alexandria, Virginia 22314
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
bej@classlawgroup.com

*Counsel for Plaintiffs Muhammad Muhammad and Jeremy Miskella*

/s/ *Charles E. Schaffer*

Charles E. Schaffer
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut St, Suite 500
Philadelphia, PA 19106
Tel.: (215) 592-1500
cschaffer@lfsblaw.com

Case 4:25-cv-11793-SDK-KGA   ECF No. 11, PageID.32   Filed 08/12/25   Page 13 of 13

Brett R. Cohen
**LEEDS BROWN LAW, P.C.**
1 Old County Rd, Suite 347
Carle Place, NY 11514
Tel.: (516) 874-4505
bcohen@leedsbrownlaw.com

*Counsel for Rahaman Plaintiffs*

/s/ *Kevin Laukaitis*

Kevin Laukaitis
Dan Tomascik
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462
klaukaitis@laukaitislaw.com
dtomascik@laukaitislaw.com

Mason A. Barney
Leslie L. Pescia
**SIRI | GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (212) 532-1091
mbarney@sirillp.com
lpescia@sirillp.com

*Counsel for Wrice-Scott Plaintiffs*